Chastis Ray Gomez NIXON,
Plaintiff–Appellant,

v.

Allan CLONIGER, Sheriff; Gaston County, Municipality, Defendants–Appellees.

No. 13–6572.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 4, 2013.

Chastis Ray Gomez Nixon, Appellant Pro Se.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chastis Ray Gomez Nixon appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nixon v. Cloniger,* No. 3:13–cv–00132–RJC (W.D.N.C. Mar. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*